## TABLE OF CONTENTS

**USA V. MELVIN COLON**

**11-CR-576(WHP)**

| EXHIBIT # | DESCRIPTION |
|---|---|
| 1 | Photograph of the backyard of the "Brown Building" |
| 2 | Lincoln Medical and Mental Health Center, p. 13 |
| 3 | Lincoln Medical and Mental Health Center , pp. 7,9, 41 55 |
| 4 | Lincoln Medical and Mental Health Center , pp. 16, 50, 100 127 |
| 5 | Kings County Medical Records, p. 9 |
| 6 | Kings County Medical Records, pp. 46, 139 |
| 7 | Kings County Medical Records,  p. 9 |
| 8 | Office of Childhood and Family Services (OCFS), part II, p. 27, OCFS, part 1, p. 2 |
| 9 | Photograph of Basketball banner and trophies |
| 10 | Photograph of  gold record |
| 11 | Photograph of Melvin Colon's family |
| 12 | OCFS, part 1, pp. 18-21 |
| 13 | OCFS, part II, pp. 206-209 |
| 14 | Goshen Secure Center, p. 2 |
| 15 | Goshen Secure Center, pp. 25, 27-28 |
| 16 | Goshen Secure Center, pp. 29, 102,103 |
| 17 | Goshen Secure Center, pp. 30, 32 |
| 18 | Goshen Secure Center, pp. 11,31 |
| 19 | Goshen Secure Center, p. 13 |
| 20 | Goshen Secure Center, pp. 14-15 |
| 21 | OCFS, part 1, p. 20 |
| 22 | OCFS, part II, pp. 16-19, 25-26, 63-71, 73-78 |
| 23 | OCFS, part 1, p. 52 |
| 24 | Goshen Secure Center, p. 54 |
| 25 | OCFS, part 1, p. 32 |
| 26 | OCFS, part II, p. 29 |
| 27 | Goshen Secure Center, p. 105 |
| 28 | OCFS, part 1, p. 15 |
| 29 | Letters from Edilia Quian and Ala'Tesha Young |

Case 1:11-cr-00576-PKC    Document 490-2    Filed 09/09/13    Page 2 of 2