# EXHIBIT 11



welo grandFather

Mom

Me

Malik

grand FAther



god mom lisa

mom