# EXHIBIT 15

**NYC Department of Juvenile Justice**
**SEEDS @ Passages Academy-Summit NSD School**
Sydney Blair, Principal
Marva Chevalier, SEEDS Executive Director

Zulma Ortiz, Assistant Principal
Phone: (718) 861-2003

William Pratt, School Coordinator
Phone: (718) 861-0623

## EDUCATION /BEHAVIOR PERFORMANCE REPORT

Student's Name: _Melvin Colon_  Subject: _All_  Date: _2-11-08_

### STRENGTHS

- (✓) Gets along with peers/teachers
- (✓) Shows respect toward peers/teachers
- (✓) Initiates assisting in the classroom
- (✓) Participates in classroom activities
- (✓) Completes assignments
- (✓) Follows instructions
- (✓) Is cooperative and considerate towards the learning process
- ( )* Other _____

### AREA OF GROWTH

- ( ) Initiates physical aggressiveness towards teachers
- ( ) Verbally abusive toward peers/teachers
- ( ) Complains excessively of illness
- ( ) Fails to participate in classroom activities
- ( ) Fails to complete assignments
- ( ) Fails to follow instructions
- ( ) Highly disruptive, interferes with the learning process
- ( )* Other _____

*Note: Please provide a brief description for the areas identified in the Areas of Growth section of this summary:* _Melvin shows alot of respect to staff and teachers. He learns from his mistakes_

INTERVENTION: (Briefly describe what actions were taken to develop student in the areas of growth identified) _____

CHILD CARE WORKER: _Elloy Cassell_  FACILITY: _NewBridge_

********* IMPORTANT *********

Group Home Case Manager Corrective Actions: _____

CASE MANAGER: _Jasmine Ortiz_  FACILITY: _New View_

Your signature below confirms that you have received this information:

Director's Signature:(print) _Kimara Dawson_  (sign) _____

*** Return by fax @ (718) 861-0689 A.S.A.P. ***

*Thank you for your cooperation.*

25

**NYC Department of Juvenile Justice**
**SEEDS @ Passages Academy-Summit NSD School**
Sydney Blair, Principal
Marva Chevalier, SEEDS Executive Director

Zulma Ortiz, Assistant Principal          William Pratt, School Coordinator
Phone: (718) 861-2003                    Phone: (718) 861-0623

## EDUCATION / BEHAVIOR PERFORMANCE REPORT

Student's Name: _Melvin Colon_   Subject: _All_   Date: _2-11-08_

### STRENGTHS

- (✓) Gets along with peers/teachers
- (✓) Shows respect toward peers/teachers
- (✓) Initiates assisting in the classroom
- (✓) Participates in classroom activities
- (✓) Completes assignments
- (✓) Follows instructions
- (✓) Is cooperative and considerate towards the learning process
- ( )* Other _____

### AREA OF GROWTH

- ( ) Initiates physical aggressiveness towards teachers
- ( ) Verbally abusive toward peers/teachers
- ( ) Complains excessively of illness
- ( ) Fails to participate in classroom activities
- ( ) Fails to complete assignments
- ( ) Fails to follow instructions
- ( ) Highly disruptive, interferes with the learning process
- ( )* Other _____

*Note: Please provide a brief description for the areas identified in the Areas of Growth section of this summary:* _Melvin participated in all subjects and was very helpful. Keep up the good work — ☺_

**INTERVENTION:** (Briefly describe what actions were taken to develop student in the areas of growth identified) _____

**CHILD CARE WORKER:** _Ms. Baptiste_    **FACILITY:** _Lutheran_

********* **IMPORTANT** *********

**Group Home Case Manager Corrective Actions:** _____

**CASE MANAGER:** _Jasmine Ortiz_    **FACILITY:** _New View_

Your signature below confirms that you have received this information:
Director's Signature: (print) _Kimara Dawson_   (sign) _____

*** Return by fax @ (718) 861-0689 A.S.A.P. ***

*Thank you for your cooperation.*



# PASSAGES ACADEMY - SUMMIT

SYDNEY BLAIR, PRINCIPAL          ZULMA ORTIZ, ASST. PRINCIPAL

## OBSERVATION/PPT REQUEST

Student's Name: Colon Melvin    Group Home: New View    Date: 2/11/08

Teacher's Name: _____  Subject Class: _____  Period: _____

Circle the number that most accurately reflects your assessment of each statement. Use the box for any specific comments

This student...

| | | | Has a positive attitude toward school | | | |
|---|---|---|---|---|---|---|
| Emphatic no | 1 | 2 | ③ | 4 | 5 | resounding yes |
| Emphatic no | 1 | 2 | Participates alertly and daily in classroom activities ③ | 4 | 5 | resounding yes |
| Emphatic no | 1 | 2 | Always completes his/her assignments ③ | 4 | 5 | resounding yes |
| Emphatic no | 1 | 2 | Cooperates with and shows respect toward peers ③ | 4 | 5 | resounding yes |
| Emphatic no | 1 | 2 | Cooperates with and shows respect toward adults ③ | 4 | 5 | resounding yes |
| Emphatic no | 1 | 2 | Is a distraction to others in the class ③ | 4 | 5 | resounding yes |

Comment (write an anecdotal if a special situation exists):
Melvin is making good effort in my math class. and he is well behave.

Initial measures taken to remediate the above situation before requesting ppt.
- Individual conference with student
- Requested DJJ counselor school liaison to intervene
- Changed student's seat
- Called case worker at house
- Called parent

Teacher's Signature: _____       Social Worker's Signature: _____

Coordinator' Signature: Zulma Ortiz-Schmayer A.P.

PPT requested (circle)   yes   no

Preparation or administration periods available _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Follow up (Social worker gives brief description regarding any meetings, counseling sessions or interventions with student or student's case worker_____

Group Home Case-Manager's Corrective Actions: _____

Case Manager: Jasmine Ortiz   Facility: New View   Date: 2/18/08   28

Return by fax @ (718) 861-2039 ASAP